UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEATHER M. DEL ROSARIO,

                Plaintiff,                      22 **CIVIL** 7080 (MKV)(VF)

       -v-                               **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 29, 2022, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          November 29, 2022

                                                        **RUBY J. KRAJICK**

                                                        Clerk of Court

                         **BY:**   *K. Mango*

                                                        **Deputy Clerk**